IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARBARA A. HAYES,

    Defendant.

and

SMART STYLE: REGIS CORPORATION,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment [#36] filed on May 18, 2007 in this case is GRANTED.

ORDERED and entered May 21, 2007.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn**
    **United States District Judge**