IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BARBARA ANN HAYES,
    a/k/a Barbara Ann Bush,

    Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce BARBARA ANN HAYES, also known as Barbara Ann Bush, Colorado Department of Corrections Inmate Number 139556, before United States District Judge Robert E. Robert E. Blackburn, February 29, 2008, at 3:00 p.m. for proceedings and appearances upon the charges of supervised release violations, and to hold her at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where she is now confined.

SO ORDERED this 25th day of January, 2008.

~~ROBERT E. BLACKBURN~~ Kristen L. Mix
UNITED STATES ~~DISTRICT~~ JUDGE
DISTRICT OF COLORADO

**KRISTEN L. MIX**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**