**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  04-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BARBARA ANN HAYES,
    a/k/a Barbara Ann Bush,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court *sua sponte*.  The hearing set for March 31, 2011, at 9:00 a.m., is **VACATED** and is **CONTINUED** pending further order of court.  At the conclusion of the initial appearance for defendant Hayes, the parties shall contact the chambers of Judge Blackburn to set a further hearing in this matter.

    Dated: March 28, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.